Dismissed and Memorandum Opinion filed April 19, 2007








Dismissed
and Memorandum Opinion filed April 19, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00414-CV

____________

 

AMIGO TRUCK, LTD., Appellant

 

V.

 

RICK CARDER AND DARRELL CARDER
D/B/A 

CARDER SAND AND GRAVEL, Appellees

 



 

On Appeal from the 239th District Court

Brazoria County,
Texas

Trial Court Cause No. 25621

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 2, 2006.  On April 9, 2007, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
19, 2007.

Panel consists of Chief Justice Hedges, Justices Frost and Guzman.